UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROBIN EDWARD LANKFORD,       )
                             )
         Plaintiff,          )
                             )
v.                           )     CV-03-AR-01880-M
                             )
OFFICER TRACY JOHNSON,       )
                             )
         Defendant.          )

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 23, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed

---

[1] The report and recommendation mailed to the plaintiff at the address given by him was returned by the Postal Service as undeliverable. The plaintiff has failed to notify the court of his updated address.

for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 17th day of June, 2005.

_____
**WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE**